UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>TYLER ORVIS,<br>██████████████████<br>ALEXIS SUTTON,<br>RUSSELL MITCHELL,<br>SIERRA FUENTES,<br>DOROTHY WILDE,<br>        Defendants. | Criminal No. 2:23-cr-00014-cr |

## SUPERSEDING INDICTMENT

The Grand Jury charges:

### COUNT ONE

Between in or about October 2022 to on or about December 30, 2022, in the District of Vermont and elsewhere, the defendants TYLER ORVIS, ██████████████████ ALEXIS SUTTON, RUSSELL MITCHELL, SIERRA FUENTES, DOROTHY WILDE and other individuals, known and unknown to the grand jury, knowingly and willfully conspired to distribute cocaine and fentanyl, Schedule II controlled substances.

(21 U.S.C. §§ 846, 841(a), and 841(b)(1)(C))

## COUNT TWO

In or about December 2022, in the District of Vermont, defendant TYLER ORVIS managed and controlled a place, namely 98 Meadow Road Milton, Vermont, as owner and lessee and occupant, and knowingly and intentionally made that place available for use for the purposes of unlawfully manufacturing, storing, distributing, and using controlled substances.

(21 U.S.C. § 856(a)(2))

A TRUE BILL

███████████
~~FORE~~PERSON

_____ (ZBS)
NIKOLAS P. KEREST
United States Attorney
Burlington, Vermont
April 20, 2023