UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | CASE NO. 2:23-cr-00014-cr-4 |
| | ) | |
| RUSSELL MITCHELL | ) | |

## SUPPLEMENTAL MEMORANDUM RE DEFENDANT'S MOTION TO SET CONDITIONS OF RELEASE

NOW COMES Defendant, Russell Mitchell, by and through his undersigned attorney, Mark D. Oettinger, of Montroll, Oettinger & Barquist, P.C, and hereby respectfully supplements his Motion to Set Conditions of Release with the following letters and attachments:

- Letter from Mr. Mitchell's mother, Lisa Barnes - August 9, 2023.
- Letter from Warren Tomlin to Mark Oettinger - August 8, 2023.
    - Attachments will be available in Court.

Defendant asks that the Court consider the letters and attachments at our Hearing today.

DATED at Burlington, Vermont this 9th day of August, 2023.

Respectfully submitted,

Mark D. Oettinger, Esq.
Attorney for Russell Mitchell
Montroll, Oettinger & Barquist, P.C.
126 College Street, Suite 400
P.O. Box 1045
Burlington, VT 05402
(802) 540-0250
moettinger@mblawoffice.com