

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2023 AUG -9 PM 4:48

CLERK

BY_____AL_____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
### for the
### District of Vermont

| | |
|---|---|
| United States of America<br>v.<br><br>RUSSELL MITCHELL<br><br>*Defendant* | )<br>)  Case No. 23-cr-00014<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   RUSSELL MITCHELL                                    ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☑ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 846, 841 (a), 841 (b)(1)(C)) - knowingly and willfully conspired to distribute cocaine and fentanyl, Schedule II controlled substances

Date:   04/20/2023

*Kevin J. Doyle*
*Issuing officer's signature*

City and state:   Burlington, VT         Hon. Kevin J. Doyle, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 4/20/23, and the person was arrested on *(date)* 8/7/23
at *(city and state)* Burlington, VT.

Date:  8/7/23

*[signature]*
*Arresting officer's signature*

Carl Staley  SDUSM
*Printed name and title*

On behalf of DEA