U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2023 OCT -2 AM 11: 43

CLERK

BY
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>SIERRA FUENTES,<br>Defendant. | Docket No. 2:23-cr-14-5 |

## ORDER

On September 29, 2023, Defendant filed an Uncontested Motion to Extend Deadline for Filing Pretrial Motions.

Pursuant to 18 U.S.C. 3161(h)(7)(A), the Court finds that the ends of justice outweigh the interest of the Defendant and the public in a speedy trial and that such ends are best served by granting an extension of time. Defense counsel requires additional time of forty-five (45) days from the motions deadline of September 23, 2023 to review the discovery materials provided, investigate the case, and complete negotiations as to a potential pretrial disposition, all of which are necessary for effective preparation, taking into account the exercise of due diligence.

Defendant's motion is, therefore, GRANTED, and defense motions shall be filed no later than November 8, 2023.

It is further ordered that the period of delay resulting from this extension of time shall be excludable in computing the time in which the trial in this case must commence pursuant to the Speedy Trial Act and this District's Plan for Prompt Disposition of Criminal Cases.

1

DATED at Burlington, Vermont, this 2nd day of October, 2023.

_____
U.S. District Judge

2040716.1