UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No.: 2:23-CR-14-6 |
| | ) |
| DOROTHY WILDE, Defendant | ) |

## ORDER GRANTING MOTION TO CONTINUE

Based upon the unopposed motion to continue the motion deadline, filed by counsel for the Defendant in this matter, the Defendant's motion is granted and it is hereby ORDERED that the motion deadline will be continued for 60 days.

Pursuant to 18 U.S.C. §3161(h)(8)(A), the Court finds that the ends of justice are best served by granting an extension of time and outweigh the best interests of the defendant and the public in a speedy trial. Additional time is required to enable counsel for the defendant sufficient time to adequately prepare the defense of this case, to consider possible case resolution, and if necessary to prepare for trial.

Defendant recognizes that any additional time granted will be excluded from computation under the Speedy Trial Act.

Accordingly, defendant's motion is GRANTED. The motion deadline shall be continued for 60 days.

It is FURTHER ORDERED that the period of delay resulting from the extension of time shall be excluded in computing the time in which the trial in this cause must commence pursuant to the Speedy Trial Act and this district's Plan for Prompt Disposition of Criminal

Page 1

Cases. The time to be excluded as directed above shall commence on December 1, 2023 and continue through February 1, 2024.

Dated at Burlington, in the District of Vermont, this 4th day of December, 2023.

Christina Reiss
United States District Judge

JOHN C. MABIE, PLC.
45 Linden Street
Brattleboro, VT 05301